

FILED
15 SEP 15 PM 3: 56
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

5 : 15 CR 342

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | Case No. JUDGE ADAMS |
| | ) | |
| v. | ) | Judge |
| | ) | |
| EARL C. SPEEDY, | ) | Title 18, Section 2252(a)(2), United |
| | ) | States Code |
| Defendant. | ) | |

## COUNT 1

The Grand Jury charges:

On or about August 4, 2014, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, EARL C. SPEEDY, did knowingly distribute in interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

A TRUE BILL.

Original Document — Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.